UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HSBC TRINKHAUS & BURKHARDT AG,                CASE NO. 07- cv-8208
                Plaintiff(s),
  -against-                                                                         **AFFIDAVIT OF SERVICE**


VIVENDI, S.A., **ET AL.**,
                Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                                  : S.S.
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 31st day of October, 2007, at approximately 1:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CORRECTED COMPLAINT** upon Vivendi, S.A. at 800 Third Avenue, 5th Floor, New York, New York by personally delivering and leaving the same with George E. Bushnell III, Senior Vice-President, Deputy General Counsel, who is authorized by law to accept service.
      George E. Bushnell III is a white male, approximately 48 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 270 pounds, with medium length gray/blond hair and blue eyes.


Sworn to before me this
2nd day of November, 2007                      JASON AGEE #1196790


**MICHAEL J. KEATING**
**NOTARY PUBLIC, STATE OF NEW YORK**
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HSBC TRINKAUS & BURKHARDT AG

V.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-8208

TO: (Name and address of Defendant)

VIVENDI, S.A.
800 Third Avenue
5th Floor
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart M. Grant
James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               OCT 29 2007

CLERK                                            DATE

(By) DEPUTY CLERK