**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2008, I caused a true and correct copy of the Memorandum of Law of Certain Plaintiffs in the Individual Actions in Opposition to Class Plaintiffs' "Motion Regarding Misleading Mass Mailing Sent to French Class Members"; Declaration of James J. Sabella; and Declaration of Alexander Reus to be served upon the following by email and by electronic filing using the CM/ECF system:

| | |
|---|---|
| Arthur N. Abbey, Esq.<br>Abbey Spanier Rodd & Abrams LLP<br>212 East 39th Street<br>New York, NY 10016 | Penny Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Michael Spencer, Esq.<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Paul Saunders, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 |
| Brian C. Kerr, Esq.<br>Dreier LLP<br>499 Park Avenue<br>New York, NY 10022 | Michael J. Malone, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| Michael L. Calhoon, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2400 | Martin L. Perschetz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| John A. Kehoe, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Anthony Harwood, Esq.<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 |
| William H. Narwold, Esq.<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street<br>Hartford, CT 06103 | Vincent R. Cappucci, Esq.<br>Entwistle & Cappucci LLP<br>280 Park Avenue<br>New York, NY 10017 |

 

*/s/ James J. Sabella*
_____
James J. Sabella (JS 5454)

1